IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMARA CARESSE LOWE,

        Plaintiff,

   v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

        Defendants.

CIVIL ACTION
NO. 16-4290

## ORDER

**AND NOW**, this 2nd day of February 2017, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendant Federal National Mortgage Association's Motion to Dismiss (Doc. No. 4), Plaintiff's Motion for Summary Judgment (Doc. No. 5), and Defendant's Memorandum of Law in Opposition of the Motion for Summary Judgment (Doc. No. 7) and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 5) is **DENIED**.

3. Plaintiff's Request for Entry of Default (Doc. No. 9) is **DENIED**.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.